COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 
 March 5, 2015
 No. 10-15-00071-CR
 IN RE JAY CHUNG
 
 
 Original Proceeding
 
--------------------------------------------------------------------------------
JUDGMENT

 The Petition for Writ of Mandamus filed by Jay Chung has been considered by the Court. The Court has determined the Petition for Writ of Mandamus should be and hereby is denied.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court. 
 PER CURIAM
 SHARRI ROESSLER, CLERK

 By: Nita Whitener 
 Deputy Clerk